Robert W. Thompson (Bar No. 106411)
*rthompson@ctsclaw.com*
Dylan Cosby (Bar No. 360846)
*dcosby@ctsclaw.com*
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel: (949) 261-2872
Fax: (949) 261-6060

Attorneys for Defendant,
**S. BROWN & ASSOCIATES, INC.**

CTSC law
CALLAHAN THOMPSON SHERMAN & CAUDILL LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REBECKA MILLER, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

S. BROWN & ASSOCIATES, INC.,

Defendant(s).

Case No.: 2:26-cv-01480-MWC-SSC

JUDGE: Hon. Michelle Williams Court
COMPLAINT DATE: 06/10/2026

**DECLARATION OF DYLAN COSBY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

DISCOVERY CUT OFF: NONE
MOTION CUT OFF: NONE
FSC DATE: NONE
TRIAL DATE: NONE

///

///

///

///

///

///

///

///

CALLAHAN THOMPSON SHERMAN & CAUDILL LLP
CTSC law

**DECLARATION OF DYLAN COSBY**

I, DYLAN COSBY, hereby declare and state as follows:

1. I am an attorney licensed to practice in the State of California and before this Court, and I am an associate at Callahan, Thompson, Sherman & Caudill, LLP, counsel of record for Defendant S. Brown & Associates, Inc. ("SBA") in this action. Based on my personal knowledge, I assert the facts set forth herein and, if called upon as a witness, I could and would competently testify thereto.

2. This firm was retained to represent SBA in this action on July 7, 2026.

3. On July 9, 2026, I sent an email to Scott Edelsberg, counsel of record for Plaintiff, requesting a conference of counsel pursuant to Local Rule 7-3 regarding SBA's contemplated motion to dismiss the Second Amended Complaint. The email identified the grounds for the contemplated motion, including the failure to plead facts establishing that SBA initiated the text messages at issue or any basis for vicarious liability, the established business relationship exclusion, the absence of standing to seek injunctive relief, and the insufficiency of the willfulness allegations. The email also proposed a stipulation under Local Rule 8-3 extending SBA's deadline to respond to the Second Amended Complaint to permit the conference to occur at least seven days before any filing.

4. On July 14, 2026, the United States Court of Appeals for the Seventh Circuit issued its decision in Steidinger v. Blackstone Medical Services, No. 25-2398. On July 15, 2026, after the conference of counsel, I advised Mr. Edelsberg by email of the decision and of SBA's intent to raise it as an additional ground for dismissal.

5. On July 15, 2026, the conference of counsel as required by Local Rule 7-3 took place telephonically between myself and Plaintiff's counsel. Counsel discussed the substance of each ground of the contemplated motion, and the potential for resolution without motion practice.

6. On July 23, 2026, a further conference of counsel took place as required by Local Rule 7-3 telephonically between myself and Plaintiff's counsel. Counsel

discussed further the substance of each ground of the contemplated motion, and the potential for resolution without motion practice. No resolution was reached.

7. Attached hereto as Exhibit A is a true and correct copy of the Seventh Circuit's opinion in *Steidinger v. Blackstone Medical Services*, No. 25-2398, 2026 U.S. App. LEXIS 20613 (7th Cir. July 14, 2026), as obtained from LexisNexis. It is provided for the Court's convenience because the decision issued recently.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on July 30, 2026, at San Diego, California.

Dylan Cosby

DYLAN COSBY

CTSC law
CALLAHAN THOMPSON SHERMAN & CAUDILL LLP

CTSC law
CALLAHAN THOMPSON SHERMAN & CAUDILL LLP

**CERTIFICATE OF SERVICE**

I, Dylan Cosby, attorney for defendant S. BROWN & ASSOCIATES, INC., hereby certify that on July 30, 2026, I caused a complete and accurate copy of the foregoing to be served via this Court's CM/ECF notification system, which will electronically serve all participants in this case.

*/s/ Dylan Cosby*
Dylan Cosby